IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | **CRIMINAL ACTION NO.** |
| v. | ) | **2:11cr06-MHT** |
| | ) | (WO) |
| **JANIKA FERNAE BATES** | ) | |
| | ) | |

### ORDER

Pursuant to the civil opinion and judgment granting habeas relief (doc. nos. 104 and 105), it is ORDERED that the final judgment in this criminal case (doc. no. 89) is vacated. Defendant Janika Fernae Bates will be resentenced.

DONE, this the 2nd day of August, 2016.

/s/ Myron H. Thompson
**UNITED STATES DISTRICT JUDGE**