IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | CRIMINAL ACTION NO. |
| v. | ) | 2:11cr6-MHT |
| | ) | (WO) |
| JANIKA FERNAE BATES | ) | |

OPINION AND ORDER

Pending before the court is defendant Janika Fernae Bates's petition for early termination of supervised release (doc. no. 120). A hearing was held on the petition on October 18, 2019.

The probation officer filed a memorandum noting his lack of opposition to Bates's petition and describing Bates's consistent compliance with the terms of supervised release; her successful employment; her completion of mental health counseling sessions; her focus on caring for her children; and her consistent payment toward her restitution judgment. The government does not oppose the early termination request. Based on Bates's successful efforts to reintegrate into society, and the lack of opposition to

the petition, the court concludes that the petition should be granted.

Accordingly, it is ORDERED that:

(1) The petition is granted.

(2) Defendant Janika Fernae Bates's term of supervised release is terminated effective immediately and she is discharged.

DONE, this the 18th day of October, 2019.

                                      /s/ Myron H. Thompson
                              **UNITED STATES DISTRICT JUDGE**